# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must be in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

08cv2941
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

In the Matter of

DANIEL BAYER, JOHANN BAYER, AARON BAYER
Plaintiffs,
v.
VILLAGE OF RIVERSIDE, et al.,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS DANIEL BAYER, JOHANN BAYER, AARON BAYER

FILED
J.N MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) <br> Abbas Merchant | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Abbas Merchant | |
| **FIRM** <br> Horwitz, Richardson & Baker LLC | |
| **STREET ADDRESS** <br> 20 S Clark St., Suite 500 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6281540 | **TELEPHONE NUMBER** <br> (312) 676-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |