## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV2941                  Assigned/Issued By: J. N.

Judge Name: LEFKOW                     Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 4624002972_____

Date Payment Rec'd: 5-21-08_____         Fiscal Clerk: J.N._____

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____              _____
     *(Type of Writ)*                      _____
                                           *(Type of issuance)*

10___ Original and 10_____ copies on 5/21/08_____ as to ALL DEFENDANTS_____
                                   *(Date)*