IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHANN BAYER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VILLAGE OF LYONS, et al.,<br><br>    Defendants. | No. 08-cv-2941<br><br>Judge LEFKOW<br><br>Magistrate Judge SCHENKIER |

**EMERGENCY MOTION TO PRESERVE EVIDENCE**

NOW COME the Plaintiffs, by and through their attorneys, HORWITZ, RICHARDSON & BAKER, LLC, and hereby move this Honorable Court to enter an order preserving the evidence set forth in Plaintiffs' Motion. In support of same, Plaintiffs state the following:

1. On or about February 2, 2008, the Plaintiffs were beaten, arrested, and criminally charged by police officers for the Defendant Municipalities.

2. On or about May 19, 2008, at the criminal trial of Plaintiffs, the Defendant Municipalities produced a videotape for the first time which purports to contain video of the subject occurrence.

3. This videotape is not in the possession or control of Plaintiffs or Plaintiff's attorneys.

4. On May 20, 2008, Plaintiffs were found Not Guilty of the criminal charges against them.

5. On May 21, 2008, Plaintiffs filed the instant action alleging, *inter alia*, excessive force and false arrest.

6. Upon information and belief, the videotape produced at the criminal trial by the Defendant Municipalities contains evidence of the Defendant Municipalities' Officers use of excessive force and lack of probable cause in charging Plaintiffs.

7.     Upon information and belief, the Defendant Officers will misrepresent the subject incident and contradict the evidence contained on the videotape.

8.     Plaintiffs seek preservation and immediate production of the videotape and any and all other evidence in the possession of Defendant Municipalities with regard to said occurrence. The Plaintiffs further seek an order, prohibiting any alteration, modification and/or change with regard to said evidence. Without such an order, upon information and belief, the evidence will be destroyed, modified, and/or altered and Plaintiffs' case irreparably harmed.

9.     The Defendant Municipalities were served with the instant lawsuit on May 21, 2008, personally and immediately after filing. On May 22, 2008, counsel for Plaintiff notified Village of Lyons via the Deputy Village Clerk Roy Witherow, the Village of Riverside via the Village Clerk Arlene Blaha, the Village of McCook via the Deputy Village Clerk Renee Botica, and the Village of Stickney via the Village Clerk Arthur E. Rawers, via telephone and facsimile transmission, of the instant motion and requested that the Municipalities assign attorneys to the case immediately.

    WHEREFORE, based on the foregoing, the Plaintiffs respectfully request this Court order Defendant Municipalities to preserve and/or produce the above-referenced evidence and refrain from altering and/or modifying same.

Respectfully Submitted,

                                              /s/Abbas Merchant
                                              Abbas Merchant
                                              One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC.
20. S. Clark St. Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076