IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHANN BAYER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VILLAGE OF LYONS, et al.,<br><br>    Defendants. | No. 08-cv-2941<br><br>Judge LEFKOW<br><br>Magistrate Judge SCHENKIER |

## NOTICE OF MOTION

On May 23, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lefkow at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Emergency Motion to Preserve Evidence.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE and PLAINTIFFS' EMERGENCY MOTION TO PRESERVE EVIDENCE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

(no parties at this time)

This notice and attached motion were also delivered by facsimile transmission to the below parties at the below numbers:

Village of Lyons
C/o Deputy Village Clerk Roy Witherow
Lyons Village Hall
7801 Ogden Ave.
Lyons, IL 60534
Fax: (708) 447-1196

Village of McCook
C/o Deputy Village Clerk Renee Botica
5000 S. Glencoe Ave.
McCook, IL. 60525
Fax: (708) 447-2584

Village of Riverside
C/o Village Clerk Arlene Blaha
27 Riverside Road
Riverside, IL 60546
Fax: 708-447-2704

Village of Stickney
C/o Village Clerk Arthur E. Rawers
6533-35 Pershing Road
Stickney, Illinois 60402-4018
Fax: (708) 749-4451

                Respectfully submitted,

                Abbas Merchant_____
                Attorney for the Plaintiff
                Abbas Merchant

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)