**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Daniel Bayer, et al.
                        Plaintiff,

v.                                          Case No.: 1:08–cv–02941
                                                   Honorable Joan H. Lefkow

Kudla, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held. Plaintiff's motion to preserve evidence [10] is granted without objection as to defendants Village of McCook and Village of Riverside. Counsel will ascertain whether a tape exists and, if so, provide a copy to plaintiff's counsel forthwith. The motion is continued to May 27, 2008 at 9:30 as to defendants Village of Stickney and Village of Lyons. Any party with actual notice of this motion is directed to preserve the evidence at issue until hearing may be held on the motion.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.