UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| DANIEL BAYER, et al.<br>v.<br>OFFICER KUDLA, et al. | 2008 C 2941<br><br>JUDGE JOAN H. LEFKOW<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant VILLAGE OF RIVERSIDE**

| NAME | Paul A. Rettberg |
|---|---|
| SIGNATURE | s/ Paul A. Rettberg |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2318938 | TELEPHONE NUMBER<br>(312) 540-7040 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES   X    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES        NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES   X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES   X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 28th day of May, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

      Blake Wolfe Horwitz
      Abbas Badruddin Merchant
      Erica E. Faaborg
      Elliot S. Richardson
      Rachelle M. Sorg
      Horwitz, Richardson & Baker, LLC
      20 South Clark Street
      Suite 500
      Chicago, Illinois 60603
      bhorwitz@hrbattorneys.com
      amerchant@hrbattorneys.com
      efaaborg@hrbattorneys.com
      erichardson@hrbattorneys.com
      rsorg@hrbattorneys.com

 

                                                             s/ Paul A. Rettberg
                                                                Paul A. Rettberg

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com