# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **DANIEL BAYER, et al.**<br>v.<br>**OFFICER KUDLA, et al.** | 2008 C 2941<br><br>**JUDGE JOAN H. LEFKOW**<br>**MAGISTRATE JUDGE SCHENKIER** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant VILLAGE OF RIVERSIDE**

| NAME | Chloe G. Woodard |
|---|---|
| SIGNATURE | s/ Chloe G. Woodard |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294128 | TELEPHONE NUMBER<br>(312) 540-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES | NO **X** |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES | NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 28th day of May, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Blake Wolfe Horwitz
>Abbas Badruddin Merchant
>Erica E. Faaborg
>Elliot S. Richardson
>Rachelle M. Sorg
>Horwitz, Richardson & Baker, LLC
>20 South Clark Street
>Suite 500
>Chicago, Illinois 60603
>bhorwitz@hrbattorneys.com
>amerchant@hrbattorneys.com
>efaaborg@hrbattorneys.com
>erichardson@hrbattorneys.com
>rsorg@hrbattorneys.com

>                              s/ Chloe G. Woodard
>                              Chloe G. Woodard

Chloe G. Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578