# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **DANIEL BAYER, et al.** <br> v. <br> **OFFICER KUDLA, et al.** | 2008 C 2941 <br><br> **JUDGE JOAN H. LEFKOW** <br> **MAGISTRATE JUDGE SCHENKIER** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant VILLAGE OF RIVERSIDE**

| NAME | Jason S. Callicoat |
|---|---|
| SIGNATURE | s/ Jason S. Callicoat |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285863 | TELEPHONE NUMBER <br> (312) 540-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES        NO **X** |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES        NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES        NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES   NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                    APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 28th day of May, 2008, the foregoing **Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Erica E. Faaborg
Elliot S. Richardson
Rachelle M. Sorg
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603
bhorwitz@hrbattorneys.com
amerchant@hrbattorneys.com
efaaborg@hrbattorneys.com
erichardson@hrbattorneys.com
rsorg@hrbattorneys.com

                s/ Jason S. Callicoat
                Jason S. Callicoat

Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578