# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2941 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Bayer, et al. vs. Kudla, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to preserve evidence [10] is granted as to defendants Village of Lyons and Village of Stickney. Status hearing is set for 6/3/2008 at 9:30 a.m. for report on compliance.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|