AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER,<br><br>Plaintiff(s),<br><br>v.<br><br>OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVER FOREST<br><br>Defendant(s).<br><br>To: Village of McCook<br>C/o Deputy Village Clerk Renee Botica<br>5000 S. Glencoe Ave.<br>McCook, IL. 60525 | No. **08CV2941**<br><br>JUDGE JOAN H. LEFKOW<br>MAGISTRATE JUDGE SCHENKIER |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Janette Nuñez_        5-21-08
(By) Deputy Clerk                 Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | Date 5-21-08 |
| NAME OF SERVER (PRINT) MARVIN Burden | | TITLE MESSENGER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: Kelly Wasko

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 5-21-08
Date

Signature of Server

B22 w Walton Ch,o
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.