IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2941 |
| v. | ) ) ) | Judge Joan H. Lefkow  Magistrate Judge Schenkier |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH
TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants, OFFICER KENNETH RADKE, in his individual capacity, OFFICER STEVEN SVETICH, in his individual capacity, and the VILLAGE OF MCCOOK, by and through their attorneys, Tribler Orpett & Meyer, P.C., and, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including July 17, 2008. In support thereof, Defendants state as follows:

1. On May 21, 2008, Plaintiffs filed a Complaint against Officer Radke, Officer Svetich and the Village of McCook. Plaintiffs' Complaint is an eleven count, 77 paragraph, Complaint alleging violations of Plaintiffs' civil rights under Section 1983 and pendent State law claims.

2. The undersigned seeks an extension of time to meet with Defendants and examine all pertinent documents in order to sufficiently answer or otherwise plead to Plaintiffs' multi-count Complaint. The undersigned seeks 28 days, up to and including July 27, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

5. The undersigned is not being dilatory in the defense of this case and an extension of time will cause no undue delay or prejudice in this action.

**WHEREFORE**, Defendants, OFFICER KENNETH RADKE, in his individual capacity, OFFICER STEVEN SVETICH, in his individual capacity, and the VILLAGE OF MCCOOK, respectfully request that this Honorable Court grant them an enlargement of time up to and including, July 17, 2008 to answer or otherwise plead in this matter, and to vacate any technical defaults that may have been entered.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

s/ William B. Oberts_____
Attorney for Defendants, Officer Radke, Officer Svetich and the Village of McCook

Michael J. Meyer, Esq. – ARDC #0619372
William B. Oberts, Esq. – ARDC #6244723
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400