IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2941 |
| v. | ) ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Schenkier |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On the 19th day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lefkow or the presiding judge in courtroom 1925 in the United States District Court of Cook County, Illinois and shall then and there present the attached Defendants' Motion to Enlarge Time Period in Which to Answer or Otherwise Plead.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

s/ William B. Oberts
Attorney for defendants, Officer Kenneth Radke, Officer Steven Svetich, and the Village of McCook

Michael J. Meyer, Esq. – ARDC #0619372
William B. Oberts, Esq. – ARDC #6244723
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the Defendants', Notice of Motion was served upon:

- **Jason S Callicoat**
  jcallicoat@querrey.com
- **Erica E. Faaborg**
  efaaborg@hrbattorneys.com
- **Blake Wolfe Horwitz**
  bhorwitz@hrbattorneys.com,mpizarro@erlaw.net,npeters@hrbattorneys.com,npet ers@erlaw.net,lobh@att.net,mpizarro@hrbattorneys.com
- **Abbas Badruddin Merchant**
  amerchant@hrbattorneys.com
- **John Francis O'Reilly**
  oreillylaw@msn.com
- **Molly Maureen O'Reilly**
  mollyoreillylaw@yahoo.com
- **Paul Alan Rettberg**
  prettberg@querrey.com,bcastillo@querrey.com
- **Elliot S. Richardson**
  erichardson@erlaw.net,mpizarro@erlaw.net,rsorg@erlaw.net,npeters@erlaw.net, eadame@hrbattorneys.com
- **Rachelle M. Sorg**
  rsorg@erlaw.net,npeters@erlaw.net
- **Chloe G. Woodward**
  cwoodard@querrey.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 10th day of June, 2008, with proper postage prepaid.

s/ William B. Oberts
an Attorney