IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2941 |
| v. | ) ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Schenkier |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER

NOW COME Defendants, OFFICER KENNETH RADKE, in his individual capacity, OFFICER STEVEN SVETICH, in his individual capacity, and the VILLAGE OF MCCOOK, by their attorneys, Tribler Orpett & Meyer, P.C., and move this Honorable Court for entry of a HIPAA Qualified Protective Order and state the following in support thereof:

1. Plaintiffs have initiated suit against Defendants claiming that Plaintiffs sustained injuries as the result of Defendants' conduct.

2. Plaintiffs' physical condition, personal health information, and medical, pharmacy, and similar records will be at issue in this case, and it is anticipated that the parties will need those records from various health care providers during the course of this litigation.

      3.     Plaintiffs' health care providers and other entities having such health information are covered by the Health Insurance Portability Accountability Act of 1996 (HIPAA) and its implementing regulations of 45 CFR Sections 162 and 164.

      4.     Defendants seek an order allowing it to disclose to the parties to this litigation, their counsel, and others involved in this litigation, such protected health information and records of the Plaintiffs.

      5.     These Defendants also seeks a Qualified Protective Order which allows them to obtain records from health care providers pursuant to discovery in this case, which may include protected health information. Plaintiffs' health condition is at issue. Therefore, Defendants seek records and health information necessary to defend themselves in that regard.

      WHEREFORE, Defendants pray that this Honorable Court enter a Qualified Protective Order pursuant to 45 CFR 164.512(e)(1)(i).

                                Respectfully submitted,

                                  TRIBLER ORPETT & MEYER, P.C.

                                  s/ William B. Oberts
                                  Attorney for defendants, Officer Kenneth Radke, Officer Steven Svetich, and the Village of McCook

Michael J. Meyer, Esq. – ARDC #0619372
William B. Oberts, Esq. – ARDC #6244723
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2941 |
| v. | ) ) ) | Judge Joan H. Lefkow <br> Magistrate Judge Schenkier |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

This cause coming to be heard on Motion of Defendants, OFFICER KENNETH RADKE, in his individual capacity, OFFICER STEVEN SVETICH, in his individual capacity, and the VILLAGE OF MCCOOK, for entry of a HIPAA Qualified Protective Order, due notice having been given and the Court having jurisdiction:

**IT IS HEREBY ORDERED** that:

1) All records produced shall be produced subject to the conditions of this order.

2) That Defendants, OFFICER KENNETH RADKE, in his individual capacity, OFFICER STEVEN SVETICH, in his individual capacity, and the VILLAGE OF MCCOOK, are granted and permitted to obtain records, bills, reports, and correspondence and other written data pertaining to the health care of Plaintiffs,

        DANIEL BAYER, JOHANN BAYER, AARON BAYER, pursuant to any discovery which may occur including protected health care information.

3) That Plaintiffs, DANIEL BAYER, JOHANN BAYER, AARON BAYER, shall execute a release authorization for records of the health care provider(s) if requested by the Defendants.

4) This order shall apply to any records produced by a Covered Entity as defined by 45 CFR 160.103 which receives a request to produce or subpoena for protected health information.

5) The parties are prohibited from using or disclosing the protected health information provided by a Covered Entity for any purpose other than this litigation.

6) The use of protected health information in this litigation shall extend to providing such information to the parties and to the parties' attorneys, witnesses, experts, consultants, court reporters, copy services, and other similar venders to parties and their attorneys, as well as the professional and support staff of the firms representing the parties and those entities.  However, the protected health information shall not be provided to any of those entities unless they (1) have been provided a copy of this Qualified Protective Order and agree to its terms, (2) have a contract as an business associate with a covered entity that has provisions in accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the regulations governing HIPAA as adopted by 45 CFR 162 and 164 (the Privacy Rule); or (3) have entered into a Vendor's contract with a Business Associate of a Covered Entity under which they have assured the Business Associate that they will maintain the confidentiality of protected health information and will not use or disclose protected health information except as permitted under HIPAA and the Privacy Rule.

6) The parties, and each entity governed by this order shall destroy all of the protected health information (including all copies made) at the end of the litigation.

      7)        That the entry of an order shall not serve as a basis to delay the case management order, nor continue the trial date.

ENTERED: This ____ day of _____, 2008.

_____
Judge Joan H. Lefkow

This Order Prepared by:
Michael J. Meyer, Esq. – ARDC #0619372
William B. Oberts, Esq. – ARDC #6244723
TRIBLER ORPETT & MEYER, P.C.
30 N. LaSalle St.
Suite 2200
Chicago, IL  60602
(312) 201-6400