50719-RET

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2941 |
| v. | ) ) | JUDGE JOAN H. LEFKOW |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY, and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE SCHENKIER |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 10, 2008, we filed with The United States District Court for the Northern District of Illinois, Eastern Division, the following document, a copy of which accompanies this Notice and is herewith served upon you:

**VILLAGE OF RIVERSIDE'S
ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT AT LAW**

QUERREY & HARROW, Ltd.

By /s/ Chloé G. Woodard
Attorney for Defendant
Village of Riverside

Paul A. Rettberg.
Chloé G. Woodard
Jason S. Callicoat
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 10, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Erica E. Faaborg
Elliot S. Richardson
Rachelle M. Sorg
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603
bhorwitz@hrbattorneys.com
amerchant@hrbattorneys.com
efaaborg@hrbattorneys.com
erichardson@hrbattorneys.com
rsorg@hrbattorneys.com

Molly M. O'Reilly
John F. O'Reilly
O'Reilly Law Offices
1751 South Naperville Road
Suite 101
Wheaton, Illinois 60189
mollyoreillylaw@yahoo.com
oreillylaw@msn.com

Michael J. Meyer
William B. Oberts
Tribler Orpett & Meyer, P.C.
225 West Washington Street
Suite 1300
Chicago, Illinois 60606
mjmeyer@tribler.com
wboberts@tribler.com

By: /s/ Chloé G. Woodard