Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2941 | **DATE** | 6//18/2008 |
| **CASE TITLE** | Bayer, et al. vs. Kudla, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Scheduling conference set for 7/31/2008 at 9:30 a.m. Defendants' motion to enlarge time [27] is granted. Time for all defendants to answer or otherwise plead is enlarged to 7/17/2008. Defendants' motion for HIPPA Qualified Protective Order [29] is granted. Enter HIPPA Qualified Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 20 PM 2:09
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|