IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2941 |
| v. | ) ) ) | Judge Joan H. Lefkow<br>Magistrate Judge Schenkier |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS', OFFICER KENNETH RADKE and
SERGEANT STEVEN SVETICH, MOTION TO
DISMISS COUNT VIII OF PLAINTIFFS' COMPLAINT**

NOW COME Defendants, OFFICER KENNETH RADKE, in his individual capacity, and SERGEANT STEVEN SVETICH, in his individual capacity, by their attorneys, Tribler Orpett & Meyer, P.C., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss Count VIII – Section 1983 Equal Protection – Class of One Claim, of Plaintiff's Complaint, for the reasons more fully explained in Defendants' Memorandum of Law in Support of their Motion attached hereto.

WHEREFORE, Defendants, OFFICER KENNETH RADKE, in his individual capacity, and SERGEANT STEVEN SVETICH, in his individual capacity, respectfully request this Honorable Court to dismiss Count VIII of Plaintiff's Complaint against these

Defendants, award costs and fees so wrongfully sustained, and any further relief this Court deems fair and just.

          Respectfully submitted,

          TRIBLER ORPETT & MEYER, P.C.

          s/ William B. Oberts
          Attorney for defendants, Officer Kenneth Radke
          and Sergeant Steven Svetich

Michael J. Meyer, Esq. – ARDC #0619372
William B. Oberts, Esq. – ARDC #6244723
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of Defendants' Motion to Dismiss Count VIII of Plaintiff's Complaint was served upon:

Blake Horwitz
Horwitz, Richardson & Baker, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
(312)676-2100
Fax (312)372-7076

Jeannine Gilleran
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312)781-6554
Fax (312)781-6630

John F. O'Reilly
O'Reilly Law Offices, LLC
1751 S. Naperville Road, Suite 101
Wheaton, IL 60187
(630)665-4444
Fax (630)665-4442

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604 2827
(312)540-7000
Fax (312)540-0578


service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 18th day of July, 2008, with proper postage prepaid.

                                            s/William B. Oberts
                                            an Attorney