IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2941 |
| v. | ) ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Schenkier |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On the 31st day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow or the presiding judge in Courtroom 1925 in the United States District Court of Cook County, Illinois and shall then and there present **Defendants' Motion to Dismiss Count VIII of Plaintiffs' Complaint.**

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

s/ William B. Oberts
Attorney for defendants, Officer Kenneth Radke, Officer Steven Svetich, and the Village of McCook

Michael J. Meyer, Esq. – ARDC #0619372
William B. Oberts, Esq. – ARDC #6244723
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of Defendants' Motion to Dismiss Count VIII of Plaintiff's Complaint was served upon:

Blake Horwitz
Horwitz, Richardson & Baker, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
(312)676-2100
Fax (312)372-7076

Jeannine Gilleran
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312)781-6554
Fax (312)781-6630

John F. O'Reilly
O'Reilly Law Offices, LLC
1751 S. Naperville Road, Suite 101
Wheaton, IL 60187
(630)665-4444
Fax (630)665-4442

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604 2827
(312)540-7000
Fax (312)540-0578

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 18th day of July, 2008, with proper postage prepaid.

                                        s/William B. Oberts
                                        an Attorney