U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 08 cv 2941

Daniel Bayer, Johann Bayer and Aaron Bayer vs. Village of Lyons, Village of McCook, Village of Riverside, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Officer Guadalupe Portillo, Sergeant John Morelli, Officer Mike Cecconi and Officer Chris Kudla

| NAME (Type or print) |
| --- |
| Philip F. Cuevas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Philip F. Cuevas |
| FIRM |
| LITCHFIELD CAVO LLP |
| STREET ADDRESS |
| 303 West Madison Street, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6273821 | (312) 781-6554 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |