3118-158

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, <br><br> Plaintiff(s), <br><br> v. <br><br> OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY and the VILLAGE OF RIVERSIDE <br><br> Defendant(s). | Case No.  08 cv 2941 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

On Tuesday, August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Dismiss Counts VI and VIII.

LITCHFIELD CAVO, LLP.

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax

By:   /s/ Patrick J. Ruberry
Attorneys for the defendants,
Officer Kudla, Officer Cecconi,
Officer Portillo and Sergeant Morelli

## CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Notice of Motion by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 12th day of August, 2008.

|  |  |
|---|---|
| | /s/ Patrick J. Ruberry |
| Patrick J. Ruberry, Esq. (06188844) | Attorneys for the defendants, |
| LITCHFIELD CAVO, LLP | Officer Kudla, Officer Cecconi, |
| 303 West Madison Street, Suite 300 | Officer Portillo and Sergeant Morelli |
| Chicago, IL 60606-3300 | |
| (312) 781-6677 | |
| (312) 781-6630 fax | |