IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHANN BAYER, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>VILLAGE OF LYONS, et al.,<br><br>　　　Defendants. | No. 08-cv-2941<br><br>Judge LEFKOW<br><br>Magistrate Judge SCHENKIER |

### *AMENDED EMERGENCY* AGREED MOTION FOR EXTENSION OF TIME TO RESPOND AND TO SET A BRIEFING SCHEDULE

NOW COME the Plaintiffs, by and through their attorneys, HORWITZ, RICHARDSON & BAKER, LLC, and hereby move this Honorable Court to allow Plaintiffs additional time to respond to Defendants Radke and Svetich's Motion to Dismiss. In support of same, Plaintiffs state the following:

1.　On July 18, 2008, Defendants Radke and Svetich filed a motion to dismiss Count VIII of Plaintiff's Complaint.

2.　On July 31, 2008, Judge Lefkow set a briefing schedule on the motion in which the response was due August 21, 2008 and the reply September 4, 2008.

3.　Subsequently, on August 12, 2008, Defendants Morelli, Kudla, Ceccioni, Portillo filed a motion to dismiss Counts VI and VIII noticed for August 26.

4.　Plaintiff requests additional time to respond to the first motion to dismiss, due to returning from maternity leave and taking over another colleague's case load. Given the subsequent motion to dismiss, an extension will not delay the case.

5.　Plaintiff requests a briefing schedule as follows: responses due September 12, 2008 and replies due October 6, 2008.

6.       On August 18, 2008, Plaintiffs' counsel, Amanda S. Yarusso, spoke via telephone or corresponded with email with each parties' attorneys and all parties agree to this requested briefing schedule and request for extension.

7.       Furthermore, all parties agree and request the same briefing schedule on the second noticed motion to dismiss, thereby obviating the need to have a hearing on August 26, 2008.

8.       Plaintiff planned to notice this motion before the Magistrate Judge Schenkier according to the instructions on Judge Lefkow's website, as the motion response is due before Judge Lefkow's return from vacation.  However, Judge Schenkier is also not hearing motions this week, thereby necessitating Plaintiff's counsel noticing this motion as an emergency motion before Judge Darrah.

    WHEREFORE, based on the foregoing, the Plaintiffs respectfully request this Court allow Plaintiff until September 12, 2008 to respond to the filed motions to dismiss and allow Defendants until October 6, 2008 to reply.


                    Respectfully Submitted,


                    /s/Amanda S. Yarusso_____
                    Amanda S. Yarusso
                    One of Plaintiff's Attorneys



HORWITZ, RICHARDSON & BAKER, LLC.
20. S. Clark St. Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076

2