IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHANN BAYER, et al., | |
| Plaintiffs, | No. 08-cv-2941 |
| v. | |
| VILLAGE OF LYONS, et al., | Judge LEFKOW |
| Defendants. | Magistrate Judge SCHENKIER |

## NOTICE OF MOTION

On August 20, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR EXTENSION OF TIME

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Jason S Callicoat     jcallicoat@querrey.com

Philip F Cuevas     cuevas@litchfieldcavo.com, vaughn@litchfieldcavo.com

Jeannine Stephanie Gilleran     gilleran@litchfieldcavo.com, vaughn@litchfieldcavo.com

Michael Joseph Meyer     mjmeyer@tribler.com, amills@tribler.com

John Francis O'Reilly     oreillylaw@msn.com

Molly Maureen O'Reilly     mollyoreillylaw@yahoo.com

William B. Oberts     wboberts@tribler.com, DCiancanelli@tribler.com

Paul Alan Rettberg      prettberg@querrey.com, bcastillo@querrey.com

Patrick John Ruberry      ruberry@litchfieldcavo.com, wilsonl@litchfieldcavo.com

Chloe G. Woodward      cwoodard@querrey.com


                              /s/Amanda S. Yarusso_____
                              Amanda S. Yarusso
                              One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC.
20. S. Clark St. Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076