# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | John W. Darrah |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2941 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Johann Bayer vs. Village of Lyons, et. al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended emergency agreed motion for an extension of time to respond and to set a briefing schedule is granted [60]. The Court adjusts the briefing schedule regarding defendants' motion to dismiss [42] as follows: response by 9/12/08, replies by 10/6/08. Ruling by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|