IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL BAYER, JOHANN BAYER, AARON BAYER, | ) ) ) |
| Plaintiffs, | ) )  08 CV 2941 )  |
| v. | )  JUDGE JOAN H. LEFKOW ) |
| OFFICER KUDLA, OFFICER CECCIONI, OFFICER PORTILLO, OFFICER RADKE, OFFICER SVETICH, SEARGEANT MORELLI, UNKNOWN OFFICERS, the VILLAGE OF LYONS, the VILLAGE OF MCCOOK, the VILLAGE OF STICKNEY, and the VILLAGE OF RIVERSIDE, | ) MAGISTRATE JUDGE SCHENKIER ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

On **Thursday, August 28, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Joan H. Lefkow, Room 1925,** or any judge sitting in her stead, in the courtroom usually occupied by her in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **"Defendants' Motion for Judgment on the Pleadings"**

**Respectfully Submitted**

BY: /s/ Chloé G. Woodard
Chloé G. Woodard

Paul A. Rettberg, Esq.
Chloé G. Woodard
QUERREY & HARROW, LTD.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 22, 2008, the foregoing document was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

**Attorneys for Plaintiffs**
Blake Wolfe Horwitz
Amanda S. Yarusso
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois 60603
bhorwitz@hrbattorneys.com
ayarusso@hrbattorneys.com

**Attorneys for Village of Stickney**
Molly M. O'Reilly
John F. O'Reilly
O'Reilly Law Offices
1751 South Naperville Road, Suite 101
Wheaton, Illinois 60189
mollyoreillylaw@yahoo.com
oreillylaw@msn.com

**Attorneys for Portillo, Morelli, Ceccioni, Kudla and Village of Lyons**
Jeannine S. Gilleran
Litchfield Cavo, LLP
303 West Madison Street
Suite 300
Chicago, Illinois 60606
gilleran@litchfieldcavo.com

**Attorneys for Officer Radke and Sgt. Svetich**
Michael J. Meyer
William B. Oberts
Tribler Orpett & Meyer, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
mjmeyer@tribler.com
wboberts@tribler.com

By: /s/ Chloé G. Woodard