## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Daniel Bayer, et al.
                           Plaintiff,

v.                                        Case No.: 1:08–cv–02941
                                                     Honorable Joan H. Lefkow

Kudla, et al.
                           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Response to defendants' motion to dismiss Counts VI and VIII [57] due by 9/12/2008; reply due by 10/6/2008. Response to defendant's motion for judgment on the pleadings [63] due by 9/12/2008; reply due by 10/6/2008. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.